United States District Court
Southern District of Texas
**ENTERED**
September 20, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| RICK ALLEN RHOADES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-2422 |
| | § | |
| HON. ANA MARTINEZ, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The State of Texas has set Rick Allen Rhoades' execution for September 28, 2021. On September 19, 2021, Rhoades filed a motion to stay his execution. (Docket Entry No. 9). The Court has entered an Order granting Defendant's motion to dismiss this case. Based on the reasoning in that Order, the Court finds that Rhoades has not shown a likelihood of success in this case and has not otherwise met the standards required for staying an execution. The Court, therefore, **DENIES** Rhoades' motion to stay his execution.

SIGNED at Houston, Texas, on this the 20 day of September, 2021.

DAVID HITTNER
United States District Judge