IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICK ALLEN RHOADES, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-2422 |
| | § | |
| HON. ANA MARTINEZ, | § | |
| | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

The Court **DISMISSES** this case **WITH PREJDUICE**.

SIGNED at Houston, Texas, on this the 17 day of September, 2021.

_____
DAVID HITTNER
United States District Judge